Carol R. Brophy (SBN 155767)
*cbrophy@steptoe.com*
**STEPTOE & JOHNSON LLP**
One Market Plaza, Steuart Tower, Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699

Anthony G. Hopp (Illinois SBN 6199290) (*admitted pro hac vice*)
*ahopp@steptoe.com*
**STEPTOE & JOHNSON LLP**
227 West Monroe St., Suite 4700
Chicago, Illinois 60606
Telephone: (312) 577-1249;
Facsimile: (312) 577-1370

Melanie A. Ayerh (SBN 303211)
*mayerh@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071-3500
Telephone:     213 439 9400
Facsimile:     213 439 9599

Attorneys for Defendant
RELIANCE VITAMIN, LLC, incorrectly sued as
RELIANCE VITAMIN CO. INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR COSTA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>RELIANCE VITAMIN CO. INC., a New Jersey Corporation,<br>  Defendant. | Case No. 3:22-cv-04679-WHO<br>Hon. Willian H. Orrick<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF JANUARY 4, 2023 HEARING DATE ON RELIANCE VITAMIN, LLC'S MOTION TO DISMISS**<br><br>Current Hearing Date: January 4, 2023<br>Proposed Hearing Date: January 11, 2023<br>Time: 2:00 pm<br>Courtroom: 2 – 17th Floor<br><br>Complaint Filed: August 15, 2022 |

[PROPOSED] ORDER RE: STIPULATION TO CONTINUE JANUARY 4, 2023 HEARING DATE ON RELIANCE VITAMIN, LLC'S MOTION TO DISMISS

**ORDER**

Upon consideration of the Parties' Stipulation for Continuance of January 4, 2023 Hearing Date on Reliance Vitamin, LLC's Motion to Dismiss, filed on December 29, 2022, for good cause appearing, the Court adopts the stipulation and IT IS HEREBY ORDERED THAT:

1. The hearing date on Reliance Vitamin, LLC's Motion to Dismiss is continued from January 4, 2023 to **January 11, 2023**;

IT IS SO ORDERED.

DATED: December 29, 2022

_____
Honorable Willian H. Orrick