## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR COSTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RELIANCE VITAMIN CO. INC., a New Jersey Corporation,<br><br>Defendant. | Case No. 3:22-cv-04679-WHO<br>Action Filed: August 15, 2022<br>FAC Filed: February 16, 2023<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice as to Plaintiff Taylor Costa's claims and without prejudice as to the claims of any putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: July 21, 2023



Hon. William H. Orrick
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS